

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

February 18, 2020

Hillary Netardus
Attorney at Law
P.O. Box 50652
Amarillo, TX 79159
* DELIVERED VIA E-MAIL *

Lynsi Brantley
Assistant District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

**RE:**  Case Number:  07-18-00431-CR, 07-18-00432-CR
Trial Court Case Number: 67,386-E, 75,005-E

**Style:** Thomas Mayhew v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the captioned cause.  TEX. R. APP. P. 48.

In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, **if any**, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc:  Honorable Abe Lopez (DELIVERED VIA E-MAIL)
Honorable Douglas R. Woodburn (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)